UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FRANK A. SPENCER,**

    Plaintiff,                                              **CASE NO.   1:11-CV-142**

**-vs-**                                                       **Judge Timothy S. Black**
                                                          **Magistrate Judge Stephanie K. Bowman**

**OHIO DEPT. OF REHABILITATION,**
**ERNIE MOORE, Director,** *et al.,*

    Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc 33) of the United Stated Magistrate Judge is **ADOPTED in PART and DECLINED in PART**; the Plaintiff's Objections (Doc 34) are **OVERRULED**; the Defendant's Objections (Doc. 35) are **SUSTAINED**; Defendant's Motion for Summary Judgment (Doc. 27) is **GRANTED**; the Defendant's Motion to Strike (Doc. 41) is **DENIED**; and this case is **CLOSED** on the docket of this Court.

Date: September 24, 2012                                           **JOHN P. HEHMAN, CLERK**
                                                                                   By: *s/ M. Rogers*
                                                                                   Deputy Clerk